# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WALTER D. ROBINSON, JR,<br><br>          Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:14-CV-00536-RAJ<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS** |

The Court, after careful consideration of the complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections filed thereto, and the balance of the record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing and the issuance of a new decision;

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 3rd day of February, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge